IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James Lee Stewart, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00327 |
| v. | : | Judge Sargus |
| George Lavender, Jr., | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER DISMISSING FOR WANT OF PROSECUTION

Plaintiff has failed to respond to defendants' June 10, 2011 motion to dismiss. He has also failed to respond to the Court's October 19, 2011 Order requiring him to file any opposition within 14 days. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

11-3-2011
Edmund A. Sargus, Jr.
United States District Judge