AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JAMES LEE STEWART**,

      **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

**v.**

                                  **CASE NO.  C2-11-0327**

**GEORGE LAVENDER, JR.,**        **JUDGE EDMUND A. SARGUS, JR.**
                                                **MAGISTRATE JUDGE MARK R. ABEL**

      **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the ORDER filed 11/03/2011, JUDGMENT is hereby entered DISMISSING this case for want of prosecution.**

Date: November 3, 2011                                  JAMES BONINI, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk